# United States Bankruptcy Court
## Eastern District of Virginia

IN RE:  Case No. _____

**Center For Systems Management, Inc**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **CSM -Center For Systems Mgmt ESOP** 3057 Nutley St. #822 Fairfax, VA 22031 | | | | **1,500,000.00** |
| **Center For Systems Management 401(K) Profit Sharing Plan** 3057 Nutley St. Suite 822 Fairfax, VA 22031 | | Trade debt | | **150,000.00** |
| **Robert B Wheeler & Assoc.** PO Box 869 Portsmouth, RI 02871 | (401) 849-0299 | Trade debt | | **73,984.53** |
| **Roy W. Queen** 18115 Samuel Circle Hagerstown, MD 21740 | (240) 422-9221 | Trade debt | Disputed | **53,891.31** |
| **L.R. Kidwell, LLC** C/O Shulman, Rodgers 12505 Park Potomac Ave, 6th Floor Potomac, MD 20854 | Matthew M. Moore, Esq. Shulman, Rodgers, Gandal,Pordy & Ecker, 12505 Park Potomac Ave 6th Floor Potomac, MD 20854 (301) 230-5200 | Trade debt | | **48,054.16** |
| **John R. Chiorini** 1077 Sangent Drive Sunnyvale, CA 94087 | (408) 720-1414 | Trade debt | | **43,545.24** |
| **Chris Impey** 933 N. Cherry Ave. Steward Observatory Tucson, AZ 85721 | (520) 621-6522 | Trade debt | | **41,490.84** |
| **John B Miller** 16840 E. 121st Circle Brighton, CO 80603 | | Trade debt | | **35,062.96** |
| **Sysnovation LLC** 13747 Johnson Memorial Drive Shakopee, MN 55379 | (952) 445-8030 | Trade debt | | **28,526.05** |
| **IHR Corporation** 15800 Crabbs Branch Way Suite 350 Rockville, MD 20855 | (301) 921-7804 | Trade debt | | **26,854.06** |
| **Aerospace Engineering Assoc.** PO Box 40448 Bay Village, OH 44140 | | | | **22,654.74** |
| **Andrew Haines** 1733 Stove Prairie Circle Loveland, CO 80538-3408 | (970) 613-1733 | Trade debt | | **21,818.40** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Phone | Description | Amount |
|---|---|---|---|
| **Millworks LLC**<br>**520 S. Walnut Street**<br>**West Chester, PA  19385** | **(610) 457-6407** | **Trade debt** | **18,065.83** |
| **John Hrastar**<br>**3503 Kayson Street**<br>**Wheaton, MD  20906** | | **Trade debt** | **17,825.54** |
| **James Whalen**<br>**PO Box 576**<br>**Pacific Grove, CA  93950** | | **Trade debt** | **17,060.72** |
| **Angelo Guastaferro**<br>**124 Peter Lyall**<br>**Williamsburg, VA  23185** | **(757) 258-3039** | | **15,125.30** |
| **A. Richard Gibson, Jr.**<br>**4000 Rolling Paddock Dr.**<br>**Upper Marlboro, MD  20772** | **(301) 943-1869** | **Trade debt** | **12,640.91** |
| **Media**<br>**PO Box 894085**<br>**Account 14788**<br>**Los Angeles, CA  90189-4085** | **(818) 734-1520** | **Trade debt** | **12,600.00** |
| **Francis C. Passavant**<br>**32 Hickory Cliff Road**<br>**Newton Upper Falls, MA  02464** | **(617) 244-1762** | **Trade debt** | **11,265.64** |
| **Robert Pomietto**<br>**5073 Spring Branch Blvd.**<br>**Dumfries, VA  22025-3004** | **(925) 337-7585** | **Trade debt** | **9,179.01** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 18, 2011**         Signature: */s/ Kenneth Mosteller*

**Kenneth Mosteller, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only